AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ANTHONY B. DOTSON,

      Petitioner,

V.

JACK PALMER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-cv-0652-BES-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to the filing of a new petition in a new action.

  January 6, 2009                             **LANCE S. WILSON**
                                                         Clerk

                                                            /s/ Kalani Lizares
                                                            Deputy Clerk